IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:25-CV-16-D-RJ

| FATIMA WALTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| RELIAS LLC, et al, | ) | |
| Defendants. | ) | |

On May 27, 2025, plaintiff, appearing pro se, filed a motion to electronically file documents [D.E. 19]. Pursuant to Local Civil Rule 5.1(b)(1), only an attorney who is registered in CM/ECF may file documents electronically. Therefore, the motion to electronically file documents [D.E. 19] is DENIED.

SO ORDERED. This the **27** day of May, 2025.

JAMES C. DEVER III
United States District Judge